# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In Re: Debtor(s)
**Jesus Salinas**
5830 Buford Hwy Apt E04
Norcross, GA 30093

**xxx–xx–5910**

Case No.: **21–51990–wlh**
Chapter: **7**

## ORDER CLOSING CASE WITHOUT DISCHARGE

It appears Debtor has not completed the instructional course concerning personal financial management required for discharge pursuant to 11 U.S.C. § 727(a)(11), as the Certification About a Financial Management Course has not been filed. Accordingly, it is

**ORDERED** that the above–captioned case is closed without entry of discharge.

**IT IS FURTHER ORDERED** that the estate is closed, and Trustee is discharged from and relieved of said trust.

DATED:   July 8, 2021

_Wendy L. Hagenau_
Wendy L. Hagenau
United States Bankruptcy Judge

Form 419