UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| JESUS SALINAS, | : | CASE NO. 21-51990 - WLH |
| | : | |
| DEBTOR. | : | |

**MOTION TO REOPEN CASE**

Mary Ida Townson, United States Trustee for Region 21, pursuant to 11 U.S.C. § 350(b) and Federal Rule of Bankruptcy Procedure 5010, respectfully requests that the Court reopen this case. As cause, the United States Trustee respectfully shows as follows:

1.  Jesus Salinas ("Debtor") filed a Chapter 7 bankruptcy petition on March 11, 2021.

2.  According to the electronic docket maintained by the Clerk of the United States Bankruptcy Court for the Northern District of Georgia, the Court closed Debtor's case on July 8, 2021.

3.  The United States Trustee wishes to reopen the chapter 7 case because after the case was closed, the United States Trustee received notification that Debtor may be entitled to receive proceeds from a settlement resulting from an undisclosed legal action which can be administered for the benefit of the bankruptcy estate.

4.  It is essential that this case be reopened as quickly as possible so that the Chapter 7 trustee may investigate and collect the potential assets.

5.  Upon information and belief, administration of this asset is expected to be beneficial to Debtor's creditors.

6.  Bankruptcy Code section 350 authorizes the Court to reopen a case to administer assets, to accord relief to the debtor, or for other cause.

7. Federal Rule of Bankruptcy Procedure 5010 provides that a case may be reopened on motion of the debtor or other party in interest.

8. Bankruptcy Code section 307 gives the United States Trustee standing as a party in interest to raise, appear, and be heard on any issue in any bankruptcy case or proceeding.

WHEREFORE, the United States Trustee respectfully requests that this Court enter an Order: (i) reopening this Chapter 7 case to allow for the administration of the estate for the benefit of creditors; (ii) directing the United States Trustee to appoint a chapter 7 trustee; and (iii) granting such other and further relief as the Court may deem just and proper.

> MARY IDA TOWNSON
> UNITED STATES TRUSTEE
> REGION 21
>
> _/s/_
> Lindsay P. S. Kolba
> Georgia Bar No.  541621
> United States Department of Justice
> Office of the United States Trustee
> 362 Richard B. Russell Building
> 75 Ted Turner Drive, SW
> Atlanta, Georgia 30303
> (202) 360-7746
> lindsay.p.kolba@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Motion to Reopen Case* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case filing program.

Christopher Carouthers    c_carouthers@msn.com, caroutherslaw@gmail.com, R56806@notify.bestcase.com

Tamara Miles Ogier    tmo@orratl.com, jc@orratl.com, tmo@trustesolutions.net

I further certify that on this day, I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid, on the following party at the address shown.

Jesus Salinas
5830 Buford Hwy Apt E04
Norcross, GA 30093

/s/
Lindsay P. S. Kolba
Georgia Bar No. 541621
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(202) 360-7746
lindsay.p.kolba@usdoj.gov