**IT IS ORDERED as set forth below:**



Date: December 3, 2021

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| JESUS SALINAS, | : | CASE NO. 21-51990 - WLH |
| | : | |
| DEBTOR. | : | |

**ORDER GRANTING MOTION TO REOPEN CASE**

The matter arises on the motion of the United States Trustee to reopen this case to allow the chapter 7 trustee to investigate and administer assets, pursuant to Bankruptcy Code section 350(b) (the "Motion").  The Motion, having been read and considered, and no hearing being necessary, it is hereby

ORDERED that the Motion is *granted* and this case is *reopened*. It is further

ORDERED that, because appointment of a trustee is necessary to ensure proper administration of the case, the United States Trustee shall appoint a trustee. It is further

ORDERED that the Clerk shall serve a copy of this order upon all parties listed on the mailing matrix in this case.

[END OF DOCUMENT]

Order prepared by:

_____/s/_____
Lindsay P. S. Kolba
Georgia Bar No. 541621
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(202) 360-7746
lindsay.p.kolba@usdoj.gov

**DISTRIBUTION LIST**

ALL PARTIES ON THE MAILING MATRIX FOR THIS CASE