# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 21-51990-WLH |
| JESUS SALINAS, ) | |
| ) | CHAPTER 7 |
| Debtor. ) | |

## CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUNSEL

COMES NOW, Tamara Miles Ogier, Chapter 7 Trustee, in the above-referenced case, and pursuant to U.S.C. § 327, respectfully moves this Court for entry of an Order employing special counsel on behalf of the Chapter 7 Trustee. In support thereof, the Chapter 7 Trustee represents as follows:

1.

Debtor commenced a Chapter 7 proceeding on or about March 11, 2021.

2.

Tamara Miles Ogier serves as the Chapter 7 Trustee. Notice of Appointment of Tamara Miles Ogier as Trustee was entered on the docket on March 11, 2021.

3.

At the time of filing, Jesus Salinas (the "Debtor") had an undisclosed personal injury claim (the "Claim"). His case was closed on July 8, 2021. The Trustee was contacted by Sean Fields, the debtor's personal injury attorney, and learned of the previously undisclosed Claim. The Debtor's case was reopened on December 3, 2021. Tamara Miles Ogier was reappointed on December 7, 2021.

4.

The Trustee desires to employ the firm 770GOODLAW, H. Q. Alex Nguyen Law Firm, LLC and attorney Sean Fields to handle the Claim.

5.

Suit was filed in this case on May 24, 2019 in the State Court of Georgia, Gwinnett County, Case No. 19-C-03785-S1, *Jesus Salinas Munoz & Oliver Salinas Munoz v. Sondra Muirheid* and remains pending.

6.

Compensation to 770GOODLAW, H. Q. Alex Nguyen Law Firm, LLC will be at the rate of 33.3% of all gross amounts of monies or properties recovered by the attorneys as a result of the Claim plus reimbursement of all expenses incurred and is subject to Bankruptcy Court approval. Should the filing of aa lawsuit become necessary, the rate will be 40% of the gross recovery. The contingency fee agreement between the Debtor and Special Counsel will not apply to the Trustee.

7.

Sean Fields and his law firm of 770GOODLAW, H. Q. Alex Nguyen Law Firm, LLC has offices located at 5495 Jimmy Carter Blvd, Suite B-17, Norcross, Georgia 30093.

8.

Sean Fields is admitted to practice in the State of Georgia and he is experienced in civil litigation matters. His affidavit is attached hereto as Exhibit "A".

9.

Debtor owes no prepetition fees or expenses to 770GOODLAW, H. Q. Alex Nguyen Law Firm, LLC.

WHEREFORE, Trustee prays that this Court authorize employment of the law firm of 770GOODLAW, H. Q. Alex Nguyen Law Firm, LLC to prosecute the Estate's Claim pursuant to the terms and conditions set forth herein.

                              OGIER, ROTHSCHILD & ROSENFELD, P.C.

                    By: /s/ *Tamara Miles Ogier*
                          Tamara Miles Ogier
                          Georgia State Bar No. 550355

P.O. Box 1547
Decatur, GA 30031
(404) 525-4000
tmo@orratl.com

STATE OF GEORGIA
COUNTY OF GWINNETT

<u>VERIFIED STATEMENT</u>

Personally appeared before the undersigned officer duly authorized by law to administer oaths Sean Fields and the law firm of 770GOODLAW, H. Q. Alex Nguyen Law Firm, LLC, who after being duly sworn, on oath deposes and says:

1) I am an attorney with offices in Norcross, Georgia.

2) To the best of my knowledge:

   (a) I am and every person in my firm is a "disinterested person" as defined by Section 101(14) of the Bankruptcy Code, regarding the aforementioned Debtor, Jesus Salinas (the "Debtor"), Ch. 7, Case No. 21-51990-wlh, now pending in the United States Bankruptcy Court for the Northern District of Georgia; or

   (b) Neither I nor any member of this firm:

      i. Holds or represents an interest adverse to this Estate;

      ii. Has had any business, professional or other connections, except for the Debtor's claim for damages, up to the date of this Affidavit with the aforementioned Debtor, creditors, or any other party in interest of which I am aware, and their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, other than possible professional or social relationships or any such counsel or accountant who may also have served as a bankruptcy trustee for a different bankruptcy estate, or respective counsel or accountant to such estate; or

      iii. Is related to any Judge of this Court, or so connected now or in the past with any Judge of this Court as to render such appointment improper.

3) I acknowledge, understand, and agree that (a) **only the Trustee can authorize, and the Bankruptcy Court in this case approve, a settlement of the subject claims**, (b) no settlement is binding or valid unless authorized by the Trustee and approved by the Bankruptcy Court in this case, (c) that the gross proceeds of any settlement approved by Bankruptcy Court must be remitted to the Trustee with no hold back for payment of compensation or reimbursement of expenses to me or my law firm, (d) that only after an award by the Bankruptcy Court in this case, after appropriate application by the Trustee, of my fees and expenses will I or my law firm be entitled to be paid such compensation and receive reimbursement of such expenses by the Trustee.

4) I further represent that 770GOODLAW, H. Q. Alex Nguyen Law Firm, LLC maintains errors and omissions insurance coverage in an amount sufficient for this matter.

5) I further acknowledge, understand & agree that **a discharge issued in the case has no effect on the Trustee's administration of this claim or the foregoing conditions of my employment.**

FURTHER AFFIANT SAYETH NAUGHT.

_____
Sean Fields
770GOODLAW, H. Q. Alex Nguyen
Law Firm, LLC

Subscribed and sworn to before me,
a Notary Public, for the aforesaid jurisdiction,
on this __20__ day of ____12____, 2021.

_____
NOTARY PUBLIC

My commission expires: __11/16/24__

[Notary seal: ELSENORA PADILLA AGUILAR, NOTARY PUBLIC, EXPIRES GEORGIA NOV. 16, 2024, GWINNETT COUNTY]

8640139v1

## **CERTIFICATE OF SERVICE**

      This is to certify that I have served a true and correct copy of Trustee's APPLICATION TO EMPLOY SPECIAL COUNSEL by U.S. Mail, first class, postage prepaid to:

United States Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive SW
Atlanta, GA 30303

Jesus Salinas
5830 Buford Hwy Apt E04
Norcross, GA 30093

Christopher Carouthers
2250 North Druid Hills Rd.
Suite 131
Atlanta, GA 30329

Sean Fields
770GOODLAW, H. Q.
Alex Nguyen Law Firm, LLC
5495 Jimmy Carter Blvd, Suite B-17
Norcross, Georgia 30093

      This the 20th day of December, 2021.

                                  OGIER, ROTHSCHILD & ROSENFELD, P.C.

                                  By:  /s/ *Tamara Miles Ogier*
                                      Tamara Miles Ogier
                                      Georgia State Bar No. 550355

P.O. Box 1547
Decatur, GA 30031
(404) 525-4000
tmo@orratl.com