**IT IS ORDERED as set forth below:**



**Date: December 30, 2021**

_____
**Wendy L. Hagenau**
U.S. Bankruptcy Court Judge

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 21-51990-WLH |
| JESUS SALINAS, | ) |
| | ) |
| Debtor. | ) Chapter 7 |

**ORDER APPROVING SPECIAL COUNSEL, SUBJECT TO OBJECTION**

On December 20, 2021, Tamara Miles Ogier, the Chapter 7 Trustee (the "Trustee"), filed an application (the "Application") to employ Sean Fields of the law firm Sean Fields and his law firm of 770GOODLAW, H. Q. Alex Nguyen Law Firm, LLC ("Special Counsel) to represent the estate in connection with a personal injury claim (the "Matters"). *See* Doc. No. 34. No notice or hearing on the Application is necessary.

The Application and accompanying affidavit demonstrate that Special Counsel is a firm of attorneys with expertise in the Matters, that they represent no interest adverse to the Debtor, Jesus Salinas (the "Debtor"), or the estate in the Matters, and that this case justifies employment of a professional for the purpose specified.

Special Counsel is advised, however, that contingency fee agreements are subject to scrutiny by the Court. Upon application for compensation, the Court may reduce the amount of compensation under a contingency fee agreement if such amount is unreasonable.

*Blanchard v. Bergeron,* 489 U.S. 87 (1989). To facilitate review of an application for compensation, it should include either itemized time entries or a narrative description of the services provided.

Further, Special Counsel is reminded that any settlement claims relating to the Matters is subject to approval of this Court after notice to creditors and an opportunity to be heard. *See* Fed. R. Bankr. P. 9019, 2002(a). Therefore, neither the Debtor, bankruptcy counsel for the Debtor nor the Trustee are authorized to settle, compromise, or release any claims without the approval of this Court.

Accordingly, it is hereby

ORDERED that, pursuant to 11 U.S.C. 327€ and Bankruptcy Rule 2014, the Application is **GRANTED**. The Trustee is authorized to employ Special Counsel during Debtor's Chapter 7 case, subject to objection filed by the U.S. Trustee, Debtor, Debtor's counsel or any other party in interest on or before 21 days from the date of entry of this Order. It is further

ORDERED that compensation shall be paid to Special Counsel upon notice, hearing, and approval by the Court pursuant to 11 U.S.C. 330 and 331 and Bankruptcy Rule 2016 of an appropriately detailed application, copies of which shall be served on the Debtor, Debtor's counsel and United States Trustee.

**[END OF DOCUMENT]**

Prepared By:
Ogier, Rothschild & Rosenfeld, P.C.


By: /s/Tamara Miles Ogier
    Tamara Miles Ogier
    Georgia Bar No. 550355
    P.O. Box 1547
    Decatur, Georgia 30031
    (404) 525-4000
    tmo@orratl.com

**DISTRIBUTION LIST:**

Ogier, Rothschild & Rosenfeld, P.C.
P.O. Box 1547
Decatur, Georgia 30031

United States Trustee
Shawna Staton, Staff Attorney
362 Richard B. Russell Bldg.
75 Ted Turner Drive SW
Atlanta, GA 30303

Jesus Salinas
5830 Buford Hwy Apt E04
Norcross, GA 30093

Christopher Carouthers
2250 North Druid Hills Rd.
Suite 131
Atlanta, GA 30329

Sean Fields
770GOODLAW, H. Q.
Alex Nguyen Law Firm, LLC
5495 Jimmy Carter Blvd, Suite B-17
Norcross, Georgia 30093