INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 21-51990 | | | Trustee Name: | Tamara Miles Ogier |
| --- | --- | --- | --- | --- | --- |
| Case Name: | SALINAS, JESUS | | | Date Filed (f) or Converted (c): | 03/11/2021 (f) |
| For the Period Ending: | 06/30/2022 | | | §341(a) Meeting Date: | 04/13/2021 |
| | | | | Claims Bar Date: | 03/09/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Make: Infiniti Model: G35 Year: 2003 Mileage: 140,000 | $4,500.00 | $0.00 | OA | $0.00 | FA |
| 2  Furniture | $1,200.00 | $0.00 | | $0.00 | FA |
| 3  Electronics | $200.00 | $0.00 | | $0.00 | FA |
| 4  Clothing | $300.00 | $0.00 | | $0.00 | FA |
| 5  Checking | $200.00 | $0.00 | | $0.00 | FA |
| 6  Personal Injury Claim, car accident, suit filed 5.4.19, Sean Fields Attorney | Unknown | $1.00 | | $0.00 | $1.00 |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

| | $6,400.00 | $1.00 | | $0.00 | $1.00 |

**Major Activities affecting case closing:**
Special Counsel has been employed to pursue a personal injury claim. Litigation is pending.

| Initial Projected Date Of Final Report (TFR): | Current Projected Date Of Final Report (TFR): | 06/30/2023 | /s/ TAMARA MILES OGIER |
| --- | --- | --- | --- |
| | | | TAMARA MILES OGIER |